UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 08-252-RSM |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| THANH NGUYEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:

Conspiracy to manufacture marijuana and manufacture of marijuana.

Date of Detention Hearing: October 9, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  Defendant has been charged by indictment with conspiracy to manufacture marijuana and manufacture of marijuana.

(2)  Defense counsel was not able to contact family, friends and other references to

DETENTION ORDER -1

support a request for release.  Based on these circumstances, defendant through his lawyer, stipulated to detention.  The information the Court did receive indicates the defendant has resided in this district for a total of one year, and that he has spent about three months in Vietnam this year with his wife and child.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of October, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge